

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-6304

    Re:    <u>United States v. Sergio Antonio Vargas</u>, 08 Cr. 63 (PAC)

Dear Judge Crotty:

    Defendant in the above-captioned matter was indicted on January 23, 2008, and is scheduled to appear before your Honor for a pretrial conference on February 5, 2008, at 4 pm. The Government respectfully requests that the Court exclude the time under the Speedy Trial Act until February 5, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

    By:    David A. O'Neil
        Assistant United States Attorney
        Telephone:  (212) 637-2533
        Facsimile:   (212) 637-2937

cc:    Marc I. Cohen, Esq.

SO ORDERED: 1/25/08

*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE