# COHEN, FRANKEL & RUGGIERO, LLP

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
JOHN R. BEATTIE
SHANE KELLY

90-11 35TH AVENUE
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 3 2008
```

April 1, 2008

**VIA FACSIMILE (212) 805-6304**
Judge Paul A. Crotty, U.S.D.J
Chambers of Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The conference is adjourned to 5/12/08 at 3:00 pm in Courtroom 20-C and the time to May 12, 2008 will be excluded as it is in the interests of justice to do so.

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *United States of America v. Sergio Vargas*
08 Cr. 63 (PAC)

Dear Judge Crotty

I am in receipt of your E-mail regarding the scheduling of the above-mentioned matter, which is currently scheduled for a pre-trial conference on April 9, 2008. I am writing to request that the case be adjourned for approximately thirty (30) days to a date in May convenient to the Court. This request is being made because the parties are actively engaged in plea negotiations, and are requesting more time in order to reach an agreement regarding a pre-trial resolution of this matter.

I have spoken to Assistant United States Attorney David O'Neil regarding this request, and am informed that the Government has no objection to this request. Your understanding and accommodation is greatly appreciated.

Respectfully submitted,

Mark I. Cohen, Esq.

**MEMO ENDORSED**

Cc: Assistant United States Attorney David O'Neil
    Mr. Sergio Vargas