**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 8 2008
```

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-6304

Re:    **United States v. Sergio Antonio Vargas, 08 Cr. 63 (PAC)**

Dear Judge Crotty:

The parties jointly request that the next pretrial conference in the above-captioned matter, currently scheduled for Monday, May 12, at 2:30 pm, be adjourned until Monday, June 16, at 2:30 pm. The Government respectfully requests that the Court exclude the time under the Speedy Trial Act until June 16, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). Defense counsel specifically consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:    David A. O'Neil
Assistant United States Attorney
Telephone:    (212) 637-2533
Facsimile:    (212) 637-2937

cc:    Marc I. Cohen, Esq.

Application GRANTED. The conference is adjourned to
6 / 16 / 08 at 2 : 30 pm in Courtroom 20C. It is
further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from
5 / 12 / 08 until 6 / 16 / 08 is excluded in the interest of
justice. I find that this exclusion outweighs the best interest of the
defendant and the public in a speedy trial. So Ordered.

SO ORDERED:    MAY 0 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**